UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-00978-SVW-MRW | Date | March 12, 2015 |
|---|---|---|---|
| Title | Victoria Shahrashian v. Wal-Mart Stores, Inc., et al. | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER re STIPULATION to Stay Case filed by Plaintiff Victoria Shahrashian [11]

The Court, having read and considered the stipulation, STAYS this case pending transfer decision on motion to transfer to MDL.

The matter is moved to the Court's inactive calendar pending the stay. The parties shall notify the Court, in writing, when the matter should be restored to the active calendar.

:

Initials of Preparer    PMC