Christopher T. Casamassima (SBN 211280)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5374
Facsimile: (213) 443-5400
Email: chris.casamassima@wilmerhale.com
Attorneys for Defendant Target Corporation
[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| VICTORIA SHAHRASHIAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC., a Delaware Corporation; WALGREEN CO., an Illinois Corporation; TARGET CORPORATION, a Minnesota Corporation; GNC HOLDINGS, INC., a Delaware Corporation; and DOES 1-10, Inclusive, <br><br> Defendants. | Case No. 2:15-cv-00978-SVW-MRW <br><br> CORPORATE DISCLOSURE STATEMENT |

CASE NO. 2:15-CV-00978-SVW-MRW         CORPORATE DISCLOSURE STATEMENT

1   The undersigned, counsel of record for Defendant Target Corporation, certifies that
2   Target Corporation has no parent corporation or publicly held corporation owning 10% or more
3   of its stock.
4
5   DATED:  March 13, 2015            /s/ Christopher T. Casamassima
6                                    Christopher T. Casamassima (SBN 211280)
                                     WILMER CUTLER PICKERING
7                                       HALE AND DORR LLP
                                     350 South Grand Avenue, Suite 2100
8                                    Los Angeles, CA 90071
                                     Telephone: (213) 443-5374
9                                    Facsimile: (213) 443-5400
                                     Email: chris.casamassima@wilmerhale.com
10
                                     Matthew T. Martens (*pro hac vice* to be filed)
11                                   Jonathan E. Paikin (*pro hac vice* to be filed)
                                     Charles C. Speth (*pro hac vice* to be filed)
12                                   WILMER CUTLER PICKERING
                                      HALE AND DORR LLP
13                                   1875 Pennsylvania Avenue NW
14                                   Washington, DC 20006
                                     Telephone: (202) 663-6000
15                                   Facsimile: (202) 663-6363
                                     Email: matthew.martens@wilmerhale.com
16                                   Email: jonathan.paikin@wilmerhale.com
17                                   Email: charles.speth@wilmerhale.com

18                                   *Counsel for Defendant Target Corporation*

19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

On March 13, 2015, I caused the foregoing Corporate Disclosure Statement to be served on all counsel of record via CM-ECF.

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Christopher T. Casamassima
    Christopher Casamassima

CASE NO. 2:15-CV-00978-SVW-MRW    CORPORATE DISCLOSURE STATEMENT