| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Christopher T. Casamassima (SBN 211280)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5374<br>Facsimile: (213) 443-5400<br>Email: chris.casamassima@wilmerhale.com<br><br>ATTORNEY(S) FOR: TARGET CORPORATION | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Victoria Shahrashian, individually and on behalf of all others similarly situated,<br>Plaintiff(s),<br>v.<br>WAL-MART STORES, INC.; WALGREEN CO.; TARGET CORPORATION; and GNC HOLDINGS, INC.<br>Defendant(s) | CASE NUMBER:<br><br>2:15-cv-00978-SVW-MRW<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Target Corporation_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Target Corporation | Defendant |

| | |
|---|---|
| March 13, 2015<br>Date | /s/Christopher T. Casamassima<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Target Corporation